**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:23-cr-00360-1 |
| | § | |
| BLAKE ROBERTSON | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE

The Defendant in the above-styled and numbered cause, Blake Robertson, by and through undersigned counsel, respectfully moves the Court for an order continuing all settings and deadlines including, the Pretrial Conference set for January 23, 2025 as well as Jury Selection and Jury Trial presently set for January 27, 2025 in this case for at least ninety days. In support of this motion, Blake Robertson, would show the Court as follows:

This motion is unopposed by the government – as represented by Assistant United States Attorney Kelly Zenon. Mr. Robertson's counsel has conferred with counsels for all other remaining co-defendants and each state they are unopposed to a continuance.

1. On August 16, 2023, Mr. Robertson was charged by Indictment with (1) conspiracy to interfere with commerce by robbery in violation of 18 U.S.C. § 1951(a); (2) conspiracy to possess with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii); (3) attempt to possess with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii); and (4) use of a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 2.

2. On May 31, 2024, the Government filed a superseding indictment adding four new counts against Mr. Robertson. Defense counsel received additional discovery relating to the newly

1

added four counts on October 3, 2024. Defense counsel will need additional time before trial to review the additional discovery concerning the new counts and discuss the same with Mr. Robertson, who will have an opportunity to also review the materials.

3. Undersigned counsel will require additional time beyond the current trial date of January 27, 2025, to review the voluminous discovery and investigate all the factual allegations, locate and interview witnesses, conduct legal research and prepare and file pretrial motions, and prepare for trial.

For these reasons, the defense requests that the Court find:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as counsel has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the Government has produced discovery that will require additional time to review and conduct follow-up investigation. The case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of January 27, 2025, and the new trial is necessary to provide counsel for the defendant reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

Mr. Robertson indicates that he understands the nature and amount of discovery that needs to be reviewed and the trial preparation that needs to occur and he agrees to a continuance of the trial date.

Therefore, the Defendant requests the court grant this motion for continuance of the January 27, 2025 trial setting and with the issuance of a new scheduling order. Specifically, the parties respectfully request a continuance of the trial date, to a time starting in or after mid-April.

Dated: January 6, 2025.

Respectfully submitted,

/s/ *Chukwudi Egbuonu*
Chukwudi Egbuonu
State Bar No. 24081838
Federal I.D. No. 2365112
LAW OFFICE OF CHUKWUDI EGBUONU
2202 Ruth Street
Houston, Texas 77004
Phone: (713) 635-9488
Fax:    (832) 426-5792
chuck@celawoffice.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Kelly Zenon, counsel for the United States, regarding the filing of Defendant's Motion for Continuance, as requested in this motion. Ms. Zenon indicated that the United States is unopposed to the relief requested in this motion. I further certify that I contacted counsels for the remaining co-defendants, and each has indicated they are unopposed.

/s/ *Chukwudi Egbuonu*
Chukwudi Egbuonu

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2025, a true and correct copy of the foregoing document has been served upon the office of Assistant United States Attorney Kelly Zenon and all parties of record using the ECF system which sent notification of such filing.

/s/ *Chukwudi Egbuonu*
Chukwudi Egbuonu