IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 4:23-cr-00360-1 |
| § | |
| BLAKE ROBERTSON § | |

## ORDER

The Court has considered the Unopposed Motion for Continuance, and is of the opinion that the same should be and is GRANTED. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendants, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, January 8, 2025, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by March 17, 2025.

Responses shall be filed by April 7, 2025.

A pretrial conference is set for April 17, 2025 at 2:30 am

1

Trial in this case is set for April 21, 2025 at 9:00 am

SIGNED this 8th day of January 8, 2025.

_____
UNITED STATES DISTRICT JUDGE